

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Robert James Harrell v. Ashleigh Chantell Boston-Davis

Appellate case number:     01-21-00108-CV

Trial court case number:   2020-42604

Trial court:               280th District Court of Harris County

The record in this appeal was due in this Court on March 22, 2021.  *See* TEX. R. APP. P. 35.1(a).  After being notified by the Clerk of this Court that the clerk's record was past due, the clerk's record was filed on May 3, 2021; however, a reporter's record has not been filed.

On March 25, 2021, the Clerk of this Court notified appellant, Robert James Harrell, that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellant had not paid or made arrangements to pay the fee for preparation of the reporter's record. *See* TEX. R. APP. P. 37.3(c).  The Clerk further notified appellant that unless he submitted written evidence that he had paid, or made arrangements to pay, for preparation of the reporter's record by April 26, 2021, the Court may require appellant to file his brief and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c).  Appellant has not responded to the Clerk's March 25, 2021 notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3.  **Appellant's brief is due to be filed no later than thirty days from the date of this order.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature:  ___/s/ Amparo Guerra_____
                       ☑ Acting individually    ☐ Acting for the Court

Date:  _July 20, 2021_____